UNITED STATES DISTRICT COURT
FIFTH DIVISION
DISTRICT OF MINNESOTA

| | |
|---|---|
| Linda Elaine Knudsen and Randy Knudsen,<br><br>          Plaintiffs,<br><br>vs.<br><br>Progressive Specialty Insurance Company,<br><br>          Defendant. | Court File No.  04-CV-3397<br><br>**ORDER FOR DISMISSAL** |

Based upon the Stipulation of Dismissal with Prejudice entered into by the parties and upon all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that any and all claims against defendants in this matter are hereby dismissed, with prejudice, on the merits, and in its entirety, but without any award of costs or disbursements to any of the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October __5__, 2005.        BY THE COURT:


                                                            s/Paul A. Magnuson
                                                            Paul A. Magnuson, Judge
                                                            United States District Court